UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20357-DPG

UNITED STATES OF AMERICA

vs.

LARISA DE LIMA,

    **Defendant.**
_____/

## FINAL ORDER OF FORFEITURE

**THIS CAUSE** is before the Court on the United States' Motion for Final Order of Forfeiture ("Motion"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

1. On February 12, 2018, the Court entered a Preliminary Order of Forfeiture imposing a forfeiture money judgment in the amount of $325,000 in U.S. currency against Defendant Larisa de Lima (the "Defendant"), and forfeiting, subject to third-party interests, real property located at 4275 Price Road, Clewiston, Florida 33440 (the "Forfeited Property") in partial satisfaction thereof. *See* Preliminary Order of Forfeiture, ECF No. 458.

2. The Forfeited Property is more fully described as:

The East 1/2 of the Northeast 1/4 of the Southwest 1/4 of the Northwest 1/4 of Section 32, Township 43 South, Range 32 East, Hendry County, Florida, less road dedication of North 25 feet thereof and East 25 feet thereof. TOGETHER WITH a 1988 Fleetwood single-wide Mobile Home having Identification No. FLFLJ70A15437SE, Title No. 46003963, RP Decal No. 0476563, which is permanently affixed to the real property.

Parcel Identification No. 1-32-43-32-A00-0046-0100.

*See id.*

3. On March 6, 2018, notice of the Preliminary Order of Forfeiture was posted on

the Forfeited Property in an open and conspicuous manner by agents of Homeland Security Investigations. *See* Return of Executed Service, ECF No. 482.

4. In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, notice of the Preliminary Order of Forfeiture was published on an official government website (www.forfeiture.gov) for 30 consecutive days, from February 24, 2018, until March 25, 2018. *See* Decl. of Publication, ECF No. 478.

5. Also in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, all persons known to have an alleged interest in the Forfeited Property received written direct notice of the forfeiture, were on actual notice of the forfeiture, or waived such notice. In her Plea Agreement, the Defendant admitted and agreed that she is the beneficial owner of the Forfeited Property, and is an authorized representative of Proud Trucking LLC, the titled owner of the Forfeited Property. *See* Plea Agreement ¶ 12, ECF No. 433. The Defendant, on her own behalf and on behalf of Proud Trucking LLC, agreed to forfeit the Forfeited Property, and waived any further notification of the forfeiture of such property. *See id.*

6. Pursuant to 21 U.S.C. § 853(n)(2), "[a]ny person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States pursuant to this section may, within thirty days of the final publication of notice or his receipt of notice under paragraph (1), whichever is earlier, petition the court for a hearing to adjudicate the validity of his alleged interest in the property."

7. The time for filing a petition claiming an interest in the Forfeited Property has expired. Pursuant to 21 U.S.C. § 853(n)(7), if no third-party petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee."

8. Therefore, the United States is entitled to have clear title to the Forfeited Property.

Accordingly, based upon the foregoing, the evidence of record, and for good cause shown, the United States' Motion for Final Order of Forfeiture is **GRANTED**, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Pursuant to 18 U.S.C. § 982(a)(6) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the following real property is hereby finally forfeited to and vested in the United States of America:

**4275 Price Road, Clewiston, Florida 33440 (the "Forfeited Property")**

**Also known as: The East 1/2 of the Northeast 1/4 of the Southwest 1/4 of the Northwest 1/4 of Section 32, Township 43 South, Range 32 East, Hendry County, Florida, less road dedication of North 25 feet thereof and East 25 feet thereof. TOGETHER WITH a 1988 Fleetwood single-wide Mobile Home having Identification No. FLFLJ70A15437SE, Title No. 46003963, RP Decal No. 0476563, which is permanently affixed to the real property.**

**Parcel Identification No. 1-32-43-32-A00-0046-0100.**

2. Agents of Homeland Security Investigations, or any other duly authorized law enforcement official, may seize and take immediate possession of the Forfeited Property, exercising any and all incidents of ownership with respect thereto.

It is further **ORDERED** that the Forfeited Property shall be disposed of in accordance with law and that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 9th day of May 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE